**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       Albert Morris v. Lisa Coffman

Appellate case number:    01-09-00493-CV

Trial court case number:  0705915

Trial court:                      234th District Court of Harris County

     Pursuant to Texas Rule of Appellate Procedure 4.5, appellant field a motion for an extension of time to file a motion for en banc reconsideration.  The motion for extension of time is **granted**.

     It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
        ☑ Acting individually    ☐ Acting for the Court

Date: February 7, 2013